SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
IN SUN KIL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN SUN KIL, | Case No.: 2:21-cv-00429 PA (JPRx) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| 99 CENTS ONLY STORES LLC; and DOES 1 through 10, | |
| Defendants. | |

    Notice is hereby given that Plaintiff In Sun Kil ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Plaintiff shall file the dispositional documents within thirty (30) days from the date of filing of this Notice of Settlement in order to afford the Parties time to complete the settlement.

DATED: April 12, 2021        **SO. CAL EQUAL ACCESS GROUP**

                                                               */s/ Jason J. Kim*
                                                     JASON J. KIM
                                                     Attorney for Plaintiff