# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUN KIL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>99 CENTS ONLY STORES LLC; and DOES 1 through 10,<br><br>　　　　　Defendants. | **Case No.: 2:21-cv-00429 PA (JPRx)**<br>**Assigned to Hon. Percy Anderson**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

[PROPOSED] ORDER

1   Based on the request from Plaintiff and for good cause shown:

3   IT IS HEREBY ORDERED that the entire action be dismissed without

5   prejudice.

7   SO ORDERED.

9   DATED: April 23, 2021                    _____
                                              United States District Court Judge